

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2017

No. 04-17-00493-CV

Bruce Lee **BECKER**,
Appellant

v.

Pedro **BECKER** and Manuela Becker,
Appellees

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2016-CV-04644
Honorable Jason Wolff, Judge Presiding

# O R D E R

This is a new, non-accelerated appeal. The appellant, Bruce Becker, filed a notice of appeal on August 1, 2017. The appellate record has not been filed and briefing has not commenced.

On August 9, 2017, the appellant filed a pro se motion asking this court to "vacate" the trial court's ruling on the defendants' motion for summary judgment. Appellant's motion, which is premature, appears to present issues that must be raised in an appellant's brief.

Appellant's motion to vacate is therefore DENIED without prejudice.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk